# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH MORRELL,

        Plaintiff(s),

vs.

STATE OF NEVADA,

        Defendant(s).

Case No. 2:17-cv-01241-JCM-NJK

**ORDER**

On June 23, 2017, the undersigned recommended that this case be dismissed. Docket No. 5. That recommendation remains pending. Nonetheless, Plaintiff has filed a motion to compel discovery. Docket No. 6. In light of the pending recommendation for dismissal, the motion for discovery is **DENIED**.

Moreover, the motion is largely directed at seeking relief from alleged issues arising in a state court criminal proceeding against Plaintiff. *See, e.g.*, *id.* at 3 (seeking "preliminary injunctive relief and restraining order for immediate release"). As the Court has explained previously, such contentions are not properly made in this Court. *See* Docket No. 5 (recommending dismissal because, *inter alia*, claims arising out of an on-going state criminal prosecution are not properly heard by this Court pursuant to *Younger v. Harris*, 401 U.S. 37, 44 (1971)). Accordingly, to the extent Plaintiff's motion seeks relief related to his on-going criminal prosecution in state court, that relief is **DENIED**.

IT IS SO ORDERED.

Dated: July 11, 2017

                                                             _____
                                                             NANCY J. KOPPE
                                                              UNITED STATES MAGISTRATE JUDGE